UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#32**
**10/22 hrg off**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2066 PSG (PJWx) | Date | October 15, 2012 |
|---|---|---|---|
| Title | *Indzheyan v. Mandarich Law Group, LLP, et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

Not Present                             Not Present

**Proceedings:**     **(In Chambers) Order Granting Motion to Dismiss**

On August 28, 2012, Defendant Northland Group, Inc. ("Northland Group") filed a motion to dismiss Plaintiff's Complaint, set for hearing on October 22 at 1:30 p.m. Dkt. # 32. The opposition to the motion was due on October 1. Plaintiff has failed to file an opposition, timely or otherwise. Accordingly, Defendant's motion to dismiss is **GRANTED**. The case is **DISMISSED** as to Defendant Northland Group.

**IT IS SO ORDERED.**