E-FILED 12/27/12
CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP INDZHEYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANDARICH LAW GROUP, LLP, A California Limited Liability Partnership NORTHLAND GROUP, INC, A Minnesota Corporation NATIONWIDE CREDIT, INC, A Georgia Corporation MRS BPO, LLC, A New Jersey Limited Liability Company SUNRISE CREDIT SERVICES, INC, A New York Corporation REDLINE RECOVERY SERVICES, LLC, A New York Limited Liability Company ALLIANCEONE RECEIVABLES MANAGEMENT, INC A Pennsylvania Corporation CREDITORS FINANCIAL GROUP, LLC, A Colorado Limited Liability Company CROWN ASSET MANAGEMENT, LLC, A Georgia Limited Liability Company COLLECTION COMPANY OF AMERICA a/k/a EOS CCA a/k/a COLLECTO INC, A Massachusetts Corporation GENPACT SERVICES, LLC, A New York Limited Liability Company SOUTHWEST CREDIT SYSTEMS, L.P, A Texas Limited Partnership,<br><br>Defendant. | Case No.   2:12-cv-02066–PSG<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL WITH PREJUDICE<br><br>Courtroom:            880<br>Judge:                  Hon. Phillip S. Gutierrez<br>Magistrate Judge:  Hon. Patrick J. Walsh |

Klinedinst PC
5 Hutton Centre Drive, Ste. 1000
Santa Ana, California 92707

- 1 -

1  Defendant NORTHLAND GROUP, INC.'s ("Northland") motion to
2  dismiss, filed on August 28, 2012, was set for hearing on October 22, 2012.
3  AKOP INDZHEYAN ("Plaintiff") failed to file an opposition, timely or otherwise.
4  Accordingly, Northland's motion to dismiss was granted. (Doc. No. 55)
5  IT IS ORDRED AND ADJUDGED, therefore, that Northland is dismissed
6  from Plaintiff's complaint WITH PREJUDICE.

DATED: 12/27/12

By: **PHILIP S. GUTIERREZ**
Hon. Philip Gutierrez
United States District Judge

4148084v1

KLINEDINST PC
5 HUTTON CENTRE DRIVE, STE. 1000
SANTA ANA, CALIFORNIA 92707